ALBERT J. FILLER, Appellant, v. POST PHOTO ENGRAVING CORPORATION, Respondent.—

Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

HARRY GOTTFRIED, Appellant, v. LOUIS TUFANO et al., Defendants, and FLUSHING ASPHALT CORP., Respondent.—

From the proof adduced on the trial, the jury could have found that respondent was not negligent, or that it was negligent and that plaintiff was guilty of contributory negligence. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.

■

ALDEN HATCH, Respondent, v. VISUAL ENTERPRISES, INC., et al., Appellants. —

In our opinion, the matter set forth as the second cause of action in the complaint contains two separate causes of action, one for simple breach of contract against defendants Visual Enterprises, Inc., and Harlan Logan, and the other for breach of fiduciary obligation, against all defendants. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

■

In the Matter of the Estate of HELEN DIKER, Deceased. MOLLIE FIELDING, as Executrix of HELEN DIKER, Deceased, Appellant; HELEN DIKER, Respondent. (Two proceedings.) —

No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.